109    41
Case 1
D207s 250

## Palmer Murphy v. James Murphy et al.

Assumpsit.—Error to the Circuit Court of Vermilion County; the Hon. FERDINAND BOOKWALTER, Judge presiding. Heard in this court at the November term, 1902. Affirmed. Opinion filed April 30, 1903.

WINTER & REARICK, attorneys for plaintiff in error.

KIMBROUGH & MEEKS and BUCKINGHAM & DYSERT, attorneys for defendants in error.

MR. JUSTICE BURROUGHS delivered the opinion of the court.

This case was heretofore before this court twice, and a statement thereof appears in 84 Ill. App. 292, and 93 Ill. App. 671. After it was remanded the second time to the Circuit Court of Vermilion County, it was there tried the third time and a judgment entered in accordance with the prior decisions of this court, and, for the reasons given in the former opinions of this court, the judgment of the Circuit Court is affirmed.